■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME KATZ, Appellant. [994 NYS2d 611]—Order, Supreme Court, New York County (Renee A. White, J.), entered on or about March 19, 2013, which adjudicated defendant a level two sex offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly assessed defendant 20 points for the risk factor for relationship with victim. The People demonstrated by clear and convincing evidence that defendant established a relationship with the victim for the purpose of victimizing him (*see People v Carlton*, 307 AD2d 763 [4th Dept 2003]). The circumstances, including time factors, supported the inference that the relationship was formed for that purpose, and defendant's denials presented a credibility question that the court properly resolved against him.

The court properly exercised its discretion when it declined to grant a downward departure to risk level one (*see People v Gillotti*, 23 NY3d 841 [2014]). The alleged mitigating factors were outweighed by the seriousness of the underlying sex crime. Concur—Friedman, J.P., Renwick, Manzanet-Daniels, Feinman and Kapnick, JJ.